UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| V. | § | CASE NO. 1:14-CR-71 |
| | § | |
| LARRY ALLEN | § | |

**ORDER ADOPTING REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**

Before the court is a report and recommendation of the United States magistrate judge regarding the Defendant's competency for trial. (Docket No. 17.) No objections have been filed.

Having conducted an independent review, the court concludes that the Defendant is competent to stand trial because he is able to understand the nature and consequences of the proceedings against him, and is able to assist his attorney in his defense. It is therefore

**ORDERED** that the report and recommendation of the United States magistrate judge on the Defendant's competency to stand trial is **ADOPTED**. It is further

**ORDERED** that the Defendant, Larry Allen, is competent. The speedy trial time shall be excluded from August 15, 2014 until the date of this order.

So **ORDERED** and **SIGNED** this 8 day of **December, 2014.**

_____
Ron Clark, United States District Judge